# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Neptune Warehouse Distributors, Inc., individually and on behalf of all others similarly situated,
v.
Champion Laboratories, Inc., et al.

Case Number:

FILED: APRIL 23, 2008
08CV2317       PH
JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Neptune Warehouse Distributors, Inc. (Plaintiff)

| | |
|---|---|
| NAME (Type or print) <br> Steven A. Kanner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Steven A. Kanner | |
| FIRM <br> Freed Kanner London & Millen LLC | |
| STREET ADDRESS <br> 2201 Waukegan Road, Suite 130 | |
| CITY/STATE/ZIP <br> Bannockburn, IL  60015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3125292 | TELEPHONE NUMBER <br> (224) 632-4500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |