## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Neptune Warehouse Distributors, Inc., individually and on behalf of all others similarly situated, v. Champion Laboratories, Inc., et al. | FILED: APRIL 23, 2008<br>08CV2317    PH<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Neptune Warehouse Distributors, Inc. (Plaintiff)

| |
|---|
| NAME (Type or print)<br>William H. London |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William H. London |
| FIRM<br>Freed Kanner London & Millen LLC |
| STREET ADDRESS<br>2201 Waukegan Road, Suite 130 |
| CITY/STATE/ZIP<br>Bannockburn, IL  60015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6196353 | TELEPHONE NUMBER<br>(224) 632-4500 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐