# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Neptune Warehouse Distributors, Inc.

                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−02317
                                                      Honorable Robert W. Gettleman

Champion Laboratories, Inc., et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Case having been reassigned to Judge Gettleman, status hearing set for 6/24/2008 is stricken. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.