Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2317 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Neptune Warehouse Distributors    vs    Champion Laboratories, Inc., et al | | |

**DOCKET ENTRY TEXT:**

Based on the parties' stipulation, the time for defendants to answer or otherwise plead shall be extended as stipulated.

[For further detail see separate order]
[Docketing to mail notice]

00:00

U.S. DISTRICT COURT
CLERK
2008 JUL -3 AM 11:44
FILED

| | Courtroom Deputy | GDS |
|---|---|---|