

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Neptune Warehouse Distributors )
)
)
Plaintiff )
)
vs )   No. 08 C 2317
)
)
Champion Laboratories, Inc. et al)
)
)
Defendants )

## ORDER

As represented in open court on June 3, 2008, the parties have entered into a "Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint." Based upon that stipulation, the time for defendants to answer, move, or otherwise respond to the complaint shall be extended as stipulated, unless the court orders otherwise, until the earliest of the following dates:

(1) the response date; or

(2) thirty days after plaintiff provides written notice to defendants that plaintiff does not intend to file a consolidated complaint, provided, however, that in the event that any undersigned defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in an filters case prior to the response date, then that defendant shall respond to the complaint in the plaintiff's action by that earlier date.

ENTER:   July 3, 2008

_____
Robert W. Gettleman
United States District Judge